GOOD ORDER AND DISCIPLINE OR SERVICE DISCREDITING UNDER ARTICLE 134, UCMJ, SUBSTANTIALLY PREJUDICED APPELLANT'S CONSTITUTIONAL RIGHT TO FAIR NOTICE OF THE CHARGE AGAINST HIM.

No briefs will be filed under Rule 25.

No. 12–0428/MC. U.S. v. Stephen J. McGuire. CCA 201000611. Review granted on the following issue:

WHETHER THE TWO ARTICLE 134 SPECIFICATIONS UNDER CHARGE III ARE PREJUDICIALLY DEFECTIVE BECAUSE THEY DO NOT ALLEGE, EXPRESSLY OR BY NECESSARY IMPLICATION, THE TERMINAL ELEMENT.

No briefs will be filed under Rule 25.

No. 12–0448/MC. U.S. v. Jonathan E. Lonsford. CCA 201100022. Review granted on the following issue:

APPELLANT CONTESTED SPECIFICATIONS 1 AND 2 OF CHARGE II, WHICH ALLEGED THAT HE WRONGFULLY COMMITTED ADULTERY UNDER ARTICLE 134, UCMJ, BUT DID NOT ALLEGE THE TERMINAL ELEMENT. ALTHOUGH THE LOWER COURT INITIALLY HELD THAT THE SPECIFICATIONS FAILED TO STATE AN OFFENSE AND SET ASIDE THE CONVICTIONS, IT SUBSEQUENTLY VACATED THAT DECISION AND AFFIRMED APPELLANT'S CONVICTIONS. DO SPECIFICATIONS 1 AND 2 OF CHARGE II STATE AN OFFENSE?

No briefs will be filed under Rule 25.

No. 12–0313/MC. U.S. v. Andrew D. Tearman. CCA 201100195. Appellee's motion to substitute the joint appendix is granted.